UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80860-CIV-RYSKAMP/HOPKINS

MARIE PUPKE, MARK PUPKE, and
EURO INTERNATIONAL MORTGAGE,
INC.,

    Plaintiff,

vs.

TIMOTHY P. MCCABE, MCCABE &
SAMILJAN, LLC, CITY TITLE, INC., OLD
REPUBLIC NATIONAL TITLE
INSURANCE CO., TIMOTHY MCCABE,
P.A., CITY TITLE, LLC, PHILLIP J.
RUFFOLO, EVIE JO NAGORKA,
ELIZABETH BELTRAN, STEVE T.
SAMILJAN, CHERYL BERRY, and TD
BANK, N.A.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Defendant Old Republic National Title Insurance Company moved to strike the complaint on October 28, 2013 **[DE 18]**, and Defendant T.D. Bank, N.A. moved to dismiss the complaint the same day **[DE 19]**. No response to either motion has been filed and the time for doing so has expired. It is hereby

ORDERED AND ADJUDGED that Plaintiffs shall show cause for their failure to respond to the motion to strike within five days of the date of this order. Failure to respond to

2

this order will result in the granting of the motion by default pursuant to S.D. Fla. 7.1(C).

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 15th day of November, 2013.

<u>S/Kenneth L. Ryskamp</u>
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE