UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO. 9:13-CV-80860-KLR

MARIE PUPKE, MARK PUPKE, and
EURO INTERNATIONAL MORTGAGE,
INC.

      Plaintiff,
vs.

TIMOTHY P. MCCABE, MCCABE &
SAMILJAN, LLC, CITY TITLE, INC., OLD
REPUBLIC NATIONAL TITLE
INSURANCE CO., TIMOTHY MCCABE,
P.A., CITY TITLE, LLC, PHILLIP J.
RUFFOLO, EVIE JO NAGORKA,
ELIZABETH BELTRAN, STEVE T.
SAMILJAN, CHERYL BERRY, and
TD BANK, N.A.

Defendants.
_____/

## **DEFENDANT TD BANK'S FED. R. CIV. P. 26(a)(l) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(l) and Local Rule 26.1.A for the United States District Court of the Southern District of Florida, Defendant TD Bank, N.A. ("TD Bank" or the "Bank") makes the following initial disclosures:

**I.**    **Persons with Discoverable Information**

In addition to any of the persons referenced in the pleadings and documents filed in this suit who had interactions with TD Bank, TD Bank identifies the individuals below as potential sources of discoverable information that the Bank may use to support its claims or defenses in this suit.  TD Bank reserves the right to amend this Initial Disclosure as additional information becomes available.

1

**Michell Morgan**
Store Manager II
TD Bank Forest Hill Branch
2685 Forest Hill Blvd
West Palm Beach, FL 33406
(561) 966-2643
*Current TD Bank employee*
*Contact Kevin Gaunt, Esq.*
*Tel. (305) 358-3500*

Information regarding TD Bank's business practices and its relationship with the other parties in this suit.

**Veronica Acevedo**
Former Forest Hill Branch Assistant Store Manager
TD Bank Okeechobee Branch
4646 Okeechobee Blvd.
Palm Beach, FL 33417
(561) 242-5201
*Current TD Bank employee*
*Contact Kevin Gaunt, Esq.*
*Tel. (305) 358-3500*

Information regarding TD Bank's business practices and its relationship with the other parties in this suit.

**Blanca Perez**
Former Forest Hill Branch Assistant Store Manager
TD Bank Wellington Branch
12280 Southshore Blvd
Wellington, FL 33414
(561) 227-2001
*Current TD Bank employee*
*Contact Kevin Gaunt, Esq.*
*Tel. (305) 358-3500*

Information regarding TD Bank's business practices and its relationship with the other parties in this suit.

**Tina Aletti**
Regional Operations Officer
TD Bank
1661 Worthington Rd.
West Palm Beach, FL 33409
(561) 373-4859
*Current TD Bank employee*

2

*Contact Kevin Gaunt, Esq.*
*Tel. (305) 358-3500*

Information regarding TD Bank's business practices and its relationship with the other parties in this suit.

**Paulina Guerra**
Former Forest Hill Branch Store Supervisor
Current address and phone number unknown
*Former TD Bank Employee*
*Contact Kevin Gaunt, Esq.*
*Tel. (305) 358-3500*

Information regarding TD Bank's business practices and its relationship with the other parties in this suit.

**Jamie McWatters**
Former Forest Hill Branch Head Teller
25 W. Coconut Dr.
Lake Worth, FL 33467
(561) 967-7691
*Former TD Bank employee*
*Contact Kevin Gaunt, Esq.*
*Tel. (305) 358-3500*

Information regarding TD Bank's business practices and its relationship with the other parties in this suit.

## II.     Categories of Documents

TD Bank is aware of the following categories of documents that may be used to support its claims or defenses.  Disclosure of these documents does not constitute an admission that the documents listed below are discoverable or relevant to disputed facts alleged in the pleadings in this action, nor intended to be an admission of any fact, a waiver of any defense, affirmation of the existence or admissibility of any fact, affirmation of the existence or admissibility of any document, or an agreement with or acceptance of any of Plaintiffs' legal theories or allegations. The information below is provided without waiving (1) the right to object to the use of any such information for any purpose, in this or any other action, on the grounds of privilege, relevancy, materiality, and/or any other appropriate grounds; (2) the right to object to any discovery

3

involving or relating to the information disclosed or documents identified above; or (3) the right to revise, correct, supplement, or clarify any of the information provided above, at any time.  In making these Initial Disclosures, TD Bank does not waive the right to designate confidential materials for appropriate protection under the Court's Local Rules and any protective order to be entered.

Documents maintained in the ordinary course of business that TD Bank may use to support its claims or defenses include the following categories of documents that are in TD Bank's possession, custody, or control:

A. Documents relating to TD Bank's customer relationship with Timothy McCabe, Steven Samiljan, and McCabe & Samiljan LLC, including, but not limited to, documents that address account maintenance, directives, and terms and conditions of account operation;

B. Account opening documents, signature cards, IOTA documentation and other opening account documentation for McCabe & Samiljan IOTA Account #4254876358;

C. Documents related to account activity for McCabe & Samiljan IOTA Account #4254876358, including, but not limited to, account statements, deposit account details, ledgers, balance statements, checks, deposit slips, deposit items, wire instructions, restrictions or other account notes or instructions, or confirmations associated with any incoming or outgoing wire transfers, and other documentation demonstrating account activity;

D. Correspondence, including letters, emails and other correspondence, between TD Bank and Timothy McCabe, Steven Samiljan, McCabe & Samiljan LLC, or others relating to the allegations in the Complaint.

**Computation of Damages**

Not applicable at this time.

**Insurance Policies:**

TD Bank maintains an insurance agreement pursuant to which the insurer may be liable to satisfy part of a possible judgment in this action, or to indemnify or reimburse for payments made to satisfy a judgment, based upon the claims set forth in this action.  The agreement is only applicable following the exhaustion of a self-insured retention.  In the event that this agreement

is required to be produced, TD Bank will produce the relevant pages of the insurance agreement upon entry of an Order of Confidentiality by the Court.

          **McDERMOTT WILL & EMERY LLP**

By:    /s/ *Kevin E. Gaunt*
       Marcos Daniel Jiménez (FBN 441503)
       *mjimenez@mwe.com*
       Kevin E. Gaunt (FBN 68818)
       *kgaunt@mwe.com*
       333 Avenue of the Americas, Ste. 4500
       Miami, Florida 33131
       Tel. (305) 358-3500
       Fax (305) 347-6500

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by email on December 6, 2013, on all counsel or parties of record on the Service List below.

| | |
|---|---|
| **BOONE & DAVIS, P.A.**<br>Robert A. Selig, Esq.<br>*raselig@boonedavis.com*<br>2311 N. Andrews Ave.<br>Ft. Lauderdale, FL 33311<br>Tel. (954) 566-9919<br>Fax (954) 566-2680<br>*Counsel for Plaintiffs* | **KLETT, MESCHES & JOHNSON, P.L.**<br>Larry M. Mesches, Esq.<br>*lmesches@kmjlawgroup.com*<br>2855 PGA Blvd., Suite 100<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 624-8202<br>Fax: (561) 624-8303<br>*Counsel for Defendant Cheryl Berry* |
| **PHILLIP J. RUFFOLO**<br>*wanderer233@gmail.com*<br>233 28th Street<br>West Palm Beach, FL 33407<br>Tel: (561) 714-4831<br>*Pro se defendant* | **COHEN \| RUIZ P.A.**<br>Mario M. Ruiz, Esq.<br>*mmr@cohenruiz.com*<br>Cynthia Morales, Esq.<br>*cm@cohenruiz.com*<br>201 S. Biscayne Boulevard, Suite 850<br>Miami, Florida 33131-2310<br>Telephone: (305) 702-3000<br>Facsimile: (305) 702-3030<br>*Counsel for Defendant Old Republic* |

          */s/ Kevin E. Gaunt*

DM_US 47880975-2.091669.0033