UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:13-80860-CIV-RYSKAMP\HOPKINS

MARIE PUPKE, MARK PUPKE and
EURO INTERNATIONAL MORTGAGE, INC.

      Plaintiffs,

v

TIMOTHY P. McCABE, McCABE & SAMILJAN,
LLC, CITY TITLE, INC., OLD REPUBLIC
NATIONAL TITLE INSURANCE CO., TIMOTHY
McCABE, P. A., CITY TITLE, LLC, PHILLIP J.
RUFFOLO, EVIE JO NAGORKA, ELIZABETH
BELTRAN, STEVE J. SAMILJAN, CHERYL BERRY,
and TD BANK, N.A.

      Defendants.

_____/

## DEFENDANT CHERYL BERRY'S RULE 26(a) INITIAL DISCLOSURES

Defendant, CHERYL BERRY("BERRY"), serves her Initial Disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, and states as follows:

(A)    **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;**

| Witness | Subject Matter |
|---|---|
| 1.   Mark Pupke - Address unknown | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 2.   Marie Pupke -Address unknown | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 3.   Euro International Mortgage, Inc | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |

| | | |
|---|---|---|
| 4. | Timothy McCabe FDC Miami  P.O. Box 019120 Miami, Fl 33101 | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the |
| 5. | Steve T. Samiljan 30 South "M" Street Lake Worth, Florida 33460 | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 6. | Corporate Representative of McCabe & Samiljan 30 S M Street   Lake Worth, Florida 33460 | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 7. | Corporate Representative of City Title, LLC | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 8. | Elizabeth Beltran - Address unknown unknown | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 9. | Phillip J. Ruffolo 233 28th Street West Palm Beach, FL 33407 | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 10. | Evie Jo Nagorka Address unknown | Has knowledge of Plaintiffs' allegations, the alleged Ponzi scheme, the escrow deposits and the alleged conduct of the Defendants |
| 11. | Cheryl Berry c/o Klett, Mesches & Johnson, (561) 624-8202 | Has knowledge as to her lack of knowledge and complicity regarding the alleged conduct of the Defendants |
| 12. | James D. Partin, Senior Claims Counsel at Old Republic National Title Insurance - c/o Cohen\|Ruiz (305) 702-3000 | Knowledge of the facts supporting Old Republic's defenses, scope of the agency with McCabe and Samiljan, LLC and City Title, LLC, the allegations of the Complaint directed to Old Republic and the conduct of Old Republic in this matter |
| 13. | Ted Connor, General Counsel of Attorneys' Title Fund Services - c/o Cohen\|Ruiz (305) 702-3000 | Has knowledge of Old Republic's dealings with its agents City Title, LLC and McCabe and Samiljan, LLC and other aspects of Old Republics conduct alleged in the Complaint |
| 14. | Additional witnesses as may be determined | |

**(B)      A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless solely for impeachment;**

1.      Any and all bank records related to the transactions which are the subject of the Complaint.  Some of these records are located at the offices of the counsel for Defendant, OLD REPUBLIC NATIONAL TITLE INSURANCE CO. Other portions of these records are in the possession of Plaintiffs.  Other portions  of these records will need to be subpoenaed from the appropriate banks.

2.      The Agency Agreement between Old Republic and City Title.

Dated: December  6 , 2013.

Respectfully submitted,
KLETT, MESCHES & JOHNSON, P. L.
2855 PGA Boulevard, Suite 100
Palm Beach Gardens, FL 33410
(561) 624-8202
Fax: (561) 624-8303

By:

_____/s/_____

LARRY M. MESCHES, ESQUIRE
Florida Bar No.: 259896
Lmesches@kmjlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by

CM/ECF or E-Mail on December  6 , 2013 on all counsel or parties of record on the Service

List below.

_____ /s/ Larry M. Mesches_____

## SERVICE LIST

Robert Alan Selig, Esq.
E-Mail: Raselig@boonedavis.com
BOONE & DAVIS, P. A.
2311 N. Andrews Avenue
Ft. Lauderdale, FL 33311
Tel: (954) 566-9919
Fax: (954) 566-2680
Attorneys for Plaintiffs, Marie Pupke,
Mark Pupke and Euro International
Mortgage, Inc.

Cynthia Morales, Esq.
E-Mail: cm@cohenruiz.com
Mario M. Ruiz, Esq.
E-Mail: mmr@cohenruiz.com
COHEN RUIZ, P. A.
201 S. Biscayne Blvd., Suite 850
Miami, FL 33131
Tel: (305) 702-3000
Fax: (305) 702-3030
Attorneys for Defendant, Old Republic
National Title Insurance Company

Marcos Daniel Jiménez, Esq.
E-Mail: mjimenez@mwe.com
Kevin E. Gaunt, Esq.
E-Mail: kgaunt@mwe.com
McDERMOTT WILL & EMERY, LLP
333 Ave. of the Americas, Ste. 4500
Miami, FL 33131
Tel: (305) 358-3500
Fax: (305) 347-6500
Attorneys for Defendant, TD Bank, N.A.

Phillip J. Ruffolo, *pro se*
E-Mail: wanderer233@gmail.com
233 28th Street
West Palm Beach, FL 33407
Tel: (561) 714-4831